```
LOUIS A. HIGHMAN, State Bar No. 61703
BRUCE J. HIGHMAN, State Bar No. 101760
HIGHMAN, HIGHMAN & BALL
A Professional Law Association
870 Market Street, Suite 467
San Francisco, CA 94102
Telephone:  (415) 982-5563

Attorneys for Plaintiff DEMETRIUS SCOTT
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DEMETRIUS SCOTT, | Case No. CV 10-00376 JF |
| Plaintiff, | STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; |
| -v- | ~~[PROPOSED]~~ ORDER |
| | (F.R.Civ.P. Rule 41[a][1]) |
| HITACHI GLOBAL STORAGE TECHNOLOGIES, INC.; HITACHI GST-USA, | |
| Defendants. | |

Pursuant to the provisions of F.R.Civ.P. Rule 41(a)(1), plaintiff Demetrius Scott and defendant Hitachi Global Storage Technologies, Inc. (the only actual defendant in the case; Hitachi GST-USA does not exist as a separate entity), by and

Stipulation for Dismissal with Prejudice; Order
— CV 10-00376 JF

1 through their respective attorneys, do hereby stipulate to
2 dismiss the above-entitled action in its entirety with
3 prejudice.  None of the parties will seek a court award for
4 attorneys' fees and costs.
5 SO STIPULATED:
6 DATED: June 20, 2011    .    LOUIS A. HIGHMAN
                                BRUCE J. HIGHMAN
7                               HIGHMAN, HIGHMAN & BALL
8
                                By /s/ Louis A. Highman
9                                  Atttorneys for Plaintiff
                                DEMETRIUS SCOTT
10
11 DATED: June 20, 2011   .    AMANDA M. OSE
                                JONES DAY
12
13                              By /s/ Amanda M. Ose
                                   Attorneys for
14                                 Defendant HITACHI
                                   GLOBAL STORAGE
15                                 TECHNOLOGIES, INC.
16
17                      ORDER
18    Good cause appearing therefor, IT IS SO ORDERED.
19
   DATED:   6/23          , 2011.       [signature]
20
                                     HON. JEREMY FOGEL
21                                   U.S. DISTRICT JUDGE

---

Stipulation for Dismissal with Prejudice; Order
— CV 10-00376 JF